UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| YONG TAN HUANG, | ) | Case No.: C 10-1640 PVT |
| Plaintiff, | ) ) | **ORDER REFERRING THIS CASE TO DISTRICT JUDGE JEREMY FOGEL FOR CONSIDERATION OF WHETHER CASE IS RELATED TO CASE NO. 5:09-cv-05099-JF** |
| v. | ) ) | |
| TIM BELL, et al., | ) ) | |
| Defendants. | ) ) | |

It has come to the court's attention that this case may be related to an earlier-filed case, *Yong Tan Huang v. Tim Bell, et al.*, Case No. 5:09-cv-05099-JF.[1] Both cases involve the same parties and purport to relate to the same state court case (Santa Clara County Superior Court Case No. 1-04-CV-028465). Thus, it is appropriate to consider whether these two cases are "related" such that they should be assigned to the same judge. *See* Civil L.R. 3-12(c). Therefore,

IT IS HEREBY ORDERED that this case is referred to Judge Fogel for consideration of whether this case is related to the earlier filed case.

Dated: *4/23/10*

PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*

1
2 copies mailed on  *4/23/10*         to:
3 Yong Tan Huang
345 N. 5th Street
4 San Jose, CA 95112
5
6                                             /s/   Donna Kirchner          for
   MARTHA BROWN
   Courtroom Deputy
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28