**E-Filed 7/15/2010**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| YONG TAN HUANG,<br><br>      Plaintiff,<br><br>    v.<br><br>TIM BELL, et al.,<br><br>      Defendants. | Case Number C 10-1640 JF (PVT)<br><br>ORDER[1] DENYING MOTIONS FOR LEAVE TO PROCEED ON APPEAL IN FORMA PAUPERIS AND FOR APPOINTMENT OF APPELLATE COUNSEL; AND STAYING ACTION PENDING DISPOSITION OF APPEAL |

On April 16, 2010, Plaintiff filed a Notice of Removal, apparently purporting to remove the instant action from the Santa Clara Superior Court. The complaint in the instant action alleges that Plaintiff was injured while constructing a deck on the Bells' property. Plaintiff sues the Bells and two state court judges; the claims against the Bells appear to be for negligence, while the claims against the judges appear to be for misconduct in the litigation of the state court action. Plaintiff also filed an application to proceed *in forma pauperis* and two motions seeking recusal of the undersigned on the ground of bias.

On May 26, 2010, the Court issued an order denying Plaintiff's application to proceed *in*

---

[1] This disposition is not designated for publication in the official reports.

*forma pauperis* and motions for recusal. The order advised Plaintiff that if he did not pay the filing fee within thirty days, the action would be dismissed without prejudice.

On June 7, 2010, Plaintiff filed a notice of interlocutory appeal with respect to the May 26 order.[2] On June 23, 2010, Plaintiff filed motions for leave to proceed on appeal *in forma pauperis* and for appointment of appellate counsel. On July 7, 2010 Plaintiff filed a second motion to proceed in appeal *in forma pauperis*.

Plaintiff's motions are DENIED. Plaintiff has failed to present any facts demonstrating that the Court's May 26 order was erroneous or that there is any possibility that he could state a cognizable claim against these defendants.

"Absent a stay, an appeal seeking review of collateral orders does not deprive the trial court of jurisdiction over other proceedings in the case, and an appeal of an interlocutory order does not ordinarily deprive the district court of jurisdiction except with regard to the matters that are the subject of the appeal." *Britton v. Co-op Banking Group*, 916 F.2d 1405, 1412 (9th Cir. 1990). Ordinarily, the Court would dismiss the action at this time for failure to pay the filing fee. However, because the requirement that Plaintiff pay the filing fee arises out of the denial of Plaintiff's request to proceed *in forma pauperis*, the Court instead will STAY the instant action pending disposition of Plaintiff's appeal.

Plaintiff is advised that he may file applications for *in forma pauperis* status and for appointment of counsel in the Court of Appeals.

DATED: July 15, 2010



_____
JEREMY FOGEL
United States District Judge

---

[2] While not all aspects of the Court's May 26 order are appealable, a denial of a motion to proceed *in forma pauperis* is an appealable order. *Roberts v. District Court*, 339 U.S. 844, 845 (1950).

Copies of Order served on:

Yong Tan Huang
345 N. 5th Street
San Jose, CA 95112

Hugh Francis Lennon hfl@robinsonwood.com, rmm@robinsonwood.com

Case No. C 10-1640 JF (PVT)
ORDER DENYING MOTIONS FOR LEAVE TO PROCEED ON APPEAL IN FORMA PAUPERIS ETC.
(JFLC2)